IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JUAN PABLO CHAVEZ, ) | | |
| Dallas County Jail Booking No. ) | | |
| 23027870, ) | | |
| ) | | |
| Petitioner, ) | | CIVIL ACTION NO. |
| ) | | |
| VS. ) | | 3:23-CV-1982-G-BN |
| ) | | |
| MARIAN BROWN, ET AL., ) | | |
| ) | | |
| Respondents. ) | | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case.

Petitioner filed objections reflecting that he has been released from state custody and asserting that he has exhausted his available state remedies. But his assertions as to exhaustion are conclusory and at odds with the state court record of which the court may take judicial notice.

The District Court therefore reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, reviewed

the remaining proposed findings, conclusions, and recommendation for plain error, and finds no error.

Accordingly, the court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED**.

September 12, 2023.

_____
**A. JOE FISH**
**Senior United States District Judge**